JOSEPH SCHLESINGER, #87692
Acting Federal Defender
ANGELES ZARAGOZA, #270198
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BULMARO LUA-CERVANTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:13-CR-0068-JAM |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| BULMARO LUA-CERVANTES, | ) ) | DATE: April 23, 2013 TIME: 9:45 a.m. |
| Defendant. | ) | JUDGE: Hon. John F. Mendez |

BULMARO LUA-CERVANTES by and through his counsel, ANGELES ZARAGOZA, Assistant Federal Defender, and OLUSERE OLOWOYEYE, Assistant United States Attorney, hereby agree that the status conference set for March 26, 2013, be continued to April 23, 2013, at 9:45 a.m..

This continuance is being requested because defense counsel requires additional time to review discovery, pursue investigation and discuss the case with the government.

Counsel, along with the defendants, agree that the time from March 26, 2013 through April 23, 2013, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a

speedy trial.

DATED: March 22, 2013           Respectfully submitted,

                                JOSEPH SCHLESINGER
                                Acting Federal Defender

                                /S/ Angeles Zaragoza
                                ANGELES ZARAGOZA
                                Assistant Federal Defender
                                Attorney for Defendant
                                BULMARO LUA-CERVANTES


DATE: March 22, 2013            BENJAMIN B. WAGNER
                                United States Attorney

                                /S/ Angeles Zaragoza for
                                OLUSERE OLOWOYEYE
                                Assistant United States Attorney


**O R D E R**

IT IS HEREBY ORDERED that this matter is continued to April 23, 2013, at 9:45 a.m., for further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, the period from March 26, 2013 up to and including April 23, 2013, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: 3/25/2013                /s/ John A. Mendez
                                JOHN A. MENDEZ
                                United States District Court Judge

2