JOSEPH SCHLESINGER, #87692
Acting Federal Defender
ANGELES ZARAGOZA, #270198
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BULMARO LUA-CERVANTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:13-CR-0068-JAM |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| BULMARO LUA-CERVANTES, | DATE: June 4, 2013 |
| Defendant. | TIME: 9:45 a.m. |
| | JUDGE: Hon. John F. Mendez |

BULMARO LUA-CERVANTES by and through his counsel, ANGELES ZARAGOZA, Assistant Federal Defender, and OLUSERE OLOWOYEYE, Assistant United States Attorney, hereby agree that the status conference set for April 23, 2013, be continued to June 4, 2013, at 9:45 a.m..

This continuance is being requested because defense counsel requires additional time to review discovery, pursue investigation and discuss the case with the government.

Counsel, along with the defendants, agree that the time from April 23, 2013 through June 4, 2013, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a

speedy trial.

DATED: April 19, 2013            Respectfully submitted,

                                 JOSEPH SCHLESINGER
                                 Acting Federal Defender

                                 /S/ Angeles Zaragoza
                                 ANGELES ZARAGOZA
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 BULMARO LUA-CERVANTES


DATE: April 19, 2013             BENJAMIN B. WAGNER
                                 United States Attorney


                                 /S/ Angeles Zaragoza for
                                 OLUSERE OLOWOYEYE
                                 Assistant United States Attorney


**O R D E R**

IT IS HEREBY ORDERED that this matter is continued to June 4, 2013, at 9:45 a.m., for further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, the period from April 23, 2013 up to and including June 4, 2013, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: April 19, 2013            /s/ John A. Mendez
                                 JOHN A. MENDEZ
                                 United States District Court Judge

2