1   JOSEPH SCHLESINGER, #87692
    Acting Federal Defender
2   ANGELES ZARAGOZA, #270198
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    BULMARO LUA-CERVANTES

6

7            IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,    )  NO. 2:13-CR-0068-JAM
                          )
11            Plaintiff,   )  **STIPULATION AND ORDER CONTINUING**
                          )  **STATUS CONFERENCE AND EXCLUDING**
12             v.           )  **TIME**
                          )
13   BULMARO LUA-CERVANTES,      )  DATE:   July 2, 2013
                          )  TIME:   9:45 a.m.
14            Defendant.   )  JUDGE:  Hon. John F. Mendez
                          )
15   _____ )

16       BULMARO LUA-CERVANTES by and through his counsel, ANGELES

17 ZARAGOZA, Assistant Federal Defender, and OLUSERE OLOWOYEYE, Assistant

18 United States Attorney, hereby agree that the status conference set for

19 June 4, 2013, be continued to July 2, 2013, at 9:45 a.m..

20       This continuance is being requested because defense counsel

21 requires additional time to receive and review the proposed plea

22 agreement with the defendant and to further investigate and discuss the

23 case with the government.

24       Counsel, along with the defendants, agree that the time from June

25 4, 2013 through July 2, 2013, should be excluded in computing the time

26 within which trial must commence under the Speedy Trial Act,

27 §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to

28 prepare] and that the ends of justice served by this continuance

1   outweigh the best interests of the public and the defendants in a

2   speedy trial.

3   DATED: May 31, 2013          Respectfully submitted,

4                               HEATHER E. WILLIAMS
                                Federal Defender
5
                                /S/ Angeles Zaragoza
6                               ANGELES ZARAGOZA
                                Assistant Federal Defender
7                               Attorney for Defendant
                                BULMARO LUA-CERVANTES
8

9
    DATE: May 31, 2013          BENJAMIN B. WAGNER
10                              United States Attorney

11
                                /S/ Angeles Zaragoza for
12                              OLUSERE OLOWOYEYE
                                Assistant United States Attorney
13

14

15

16                              **O R D E R**

17
        IT IS HEREBY ORDERED that this matter is continued to July 2,
18
    2013, at 9:45 a.m., for further Status Conference.
19
            IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161
20
    (h)(7)(B)(iv) and Local Code T4, the period from June 4, 2013 up to and
21
    including July 2, 2013, is excluded from the time computations required
22
    by the Speedy Trial Act due to ongoing preparation of counsel, and that
23
    the ends of justice served by this continuance outweigh the best
24
    interests of the public and the defendants in a speedy trial.
25

26  Dated: 5/31/2013

27                              /s/ John A. Mendez
                                JOHN A. MENDEZ
28                              United States District Court Judge