HEATHER E. WILLIAMS, #122664
Federal Defender
ANGELES ZARAGOZA, #270198
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BULMARO LUA-CERVANTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:13-CR-0068-JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING** |
| | ) **STATUS CONFERENCE AND EXCLUDING** |
| v. | ) **TIME** |
| BULMARO LUA-CERVANTES, | ) DATE: August 6, 2013 |
| | ) TIME: 9:45 a.m. |
| Defendant. | ) JUDGE: Hon. John A. Mendez |

BULMARO LUA-CERVANTES by and through his counsel, ANGELES ZARAGOZA, Assistant Federal Defender, and OLUSERE OLOWOYEYE, Assistant United States Attorney, hereby agree that the status conference set for July 2, 2013, be continued to August 6, 2013, at 9:45 a.m..

This continuance is being requested because defense counsel requires additional time to receive and review the proposed plea agreement with the defendant and to further investigate and discuss the case with the government.

Counsel, along with the defendants, agree that the time from July 2, 2013 through August 6, 2013, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance

outweigh the best interests of the public and the defendants in a speedy trial.

DATED: June 28, 2013          Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

                                      /S/ Angeles Zaragoza
                                      ANGELES ZARAGOZA
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      BULMARO LUA-CERVANTES

DATE: June 28, 2013           BENJAMIN B. WAGNER
                                      United States Attorney

                                      /S/ Angeles Zaragoza for
                                      OLUSERE OLOWOYEYE
                                      Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that this matter is continued to August 6, 2013, at 9:45 a.m., for further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, the period from July 2, 2013 up to and including August 6, 2013, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: 6/28/2013              /s/ John A. Mendez
                                      JOHN A. MENDEZ
                                      United States District Court Judge