HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BULMARO LUA-CERVANTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:13-CR-0068-JAM |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| BULMARO LUA-CERVANTES, | DATE: September 3, 2013 |
| | TIME: 9:45 a.m. |
| Defendant. | JUDGE: Hon. John A. Mendez |

BULMARO LUA-CERVANTES by and through his counsel, DOUGLAS BEEVERS, Assistant Federal Defender, and OLUSERE OLOWOYEYE, Assistant United States Attorney, hereby agree that the status conference set for August 6, 2013, be continued to September 3, 2013, at 9:45 a.m..

This continuance is being requested because defense counsel requires additional time to receive and review the proposed plea agreement with the defendant and to further investigate and discuss the case with the government. Additionally, Mr. Beevers was recently appointed on this case and needs to familiarize himself with the case.

Counsel, along with the defendant, agree that the time from July 29, 2013 through September 3, 2013, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

| | |
|---|---|
| DATED: July 29, 2013 | Respectfully submitted,<br><br>HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Douglas Beevers*<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>BULMARO LUA-CERVANTES |
| DATE: July 29, 2013 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ Olusere Olowoyeye*<br>OLUSERE OLOWOYEYE<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**O R D E R**

IT IS HEREBY ORDERED that this matter is continued to September 3, 2013, at 9:45 a.m., for further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from July 29, 2013 up to and including September 3, 2013, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: July 29, 2013

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge